# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:04-CR-122 |
| | ) (Phillips) |
| MURRELL RODERICK | ) |

## ORDER

This matter is before the court on the defendant's motion for an order terminating his supervised release [Doc. 15]. Defendant has served his period of incarceration and has been on supervised release since May 2007. 18 U.S.C. § 3583(e) permits the court to terminate a term of supervised release and discharge the defendant after the expiration of one year of supervised release. Because defendant has only been on supervised release since May 2007, his motion is premature. Accordingly, defendant's motion is **DENIED.**

ENTER:

      s/ Thomas W. Phillips
United States District Judge